OPPENHEIM + ZEBRAK, LLP
4530 WISCONSIN AVE NW, SUITE 500
WASHINGTON, DC 20016



FILED _____  ENTERED _____
LOGGED _____ RECEIVED _____

Dec 23 2020

BY _____ AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
Night Drop                DEPUTY

CLERK'S OFFICE
U.S. DISTRICT COURT FOR THE
     DISTRICT OF MARYLAND
6500 CHERRYWOOD LANE
GREENBELT, MD 20770